# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 225 WAL 2020

            : 

        Respondent           : 

            :    Petition for Allowance of Appeal

            :    from the Order of the Superior Court

        v.               : 

            : 

            : 

ROBERT PAUL BROZENICK,        : 

            : 

        Petitioner           : 

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of January, 2021, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Whether the Superior Court misinterpreted this Honorable Court's decision in *Commonwealth v. Tharp*, 575 A.2d 557 (Pa. 1990), and, therefore, erred in concluding that the trial court did not abuse its discretion in denying Mr. Brozenick's Motion for Judgment of Acquittal, and allowing the Commonwealth to reopen the record where the Commonwealth manifestly failed to present sufficient evidence in its case-in-chief to sustain three counts of Simple Assault and three counts of Terroristic Threats?